UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. C16-1715 RSM |
| Plaintiff, ) | (Previously 2:16-MC-00054-RSL) |
| v. ) | ORDER GRANTING MOTION TO ISSUE |
| RICHARD ALAN DYSON, ) | CONTINUING GARNISHEE ORDER |
| Defendant/Judgment Debtor, ) | |
| and ) | |
| THE BOEING COMPANY, ) | |
| Garnishee. ) | |

This matter comes before the Court on Plaintiff United States of America's Motion to Issue Continuing Garnishee Order.  Dkt. #7.

On April 28, 2016, the Government filed an Application for Writ of Continuing Garnishment against Defendant Richard Alan Dyson to enforce the judgment entered in *United States v. Richard Alan Dyson*, Case No. 2:15-CR-0027-001.  Dkt. #1.  The Government argued that garnishee The Boeing Company owes or will owe money to Mr. Dyson as part of a retirement account.  *See id.*; Dkt. #7.  On May 19, 2016, this Court issued the requested Writ of Continuing Garnishment.  Dkt. #2.  On September 14, 2016, Boeing submitted a Form Answer

ORDER GRANTING MOTION TO ISSUE CONTINUING GARNISHEE ORDER - 1

indicating that Defendant will receive retirement benefits in the amount of $109.74 per month at age 63 and $124.71 at age 65. Dkt. #6 at 3. On October 25, 2016, the Government filed the instant Motion requesting that the Court direct Boeing to pay the entire amount, less tax withholding, of Mr. Dyson's non-exempt property from any and all accounts in Boeing's possession, custody, or control as soon as Mr. Dyson becomes eligible to withdraw or receive payment, and the non-exempt portion of every monthly retirement payment. Dkt #7 at 2. This Motion was noted for consideration on November 11, 2016. On November 3, 2016, Defendant filed a handwritten letter indicating that he was detained in a federal facility with a release date of January 9, 2017. Dkt. #9 at 1. Mr. Dyson requested that "this hearing" be rescheduled for April of 2017 so that he can retain an attorney "to properly represent Richard A. Dyson's due process rights." Dkt. #9 at 2. On November 4, 2016, this case, originally assigned to the Honorable Robert L. Lasnik, was assigned civil case number 16-cv-1715-RSM and reassigned to the Honorable Ricardo S. Martinez. *See* Docket.

On November 15, 2016, the Court issued an Order to Show Cause directing both the Government and Defendant Richard Alan Dyson to respond. Dkt. #10. The Government proposed this Motion be renoted for April 7, 2017, thus allowing Mr. Dyson or his lawyer until Monday, April 3, 2017 to file a Response brief. Dkt. #12-1. The Court agreed and renoted this Motion. Dkt. #14.

On April 3, 2017, Mr. Dyson filed a "Motion to Withdraw His Objection(s) to Garnishment on Condition(s)." Dkt. #15. Mr. Dyson states that he was unable to retain counsel, but "has come to the conclusion that this form of repayment of his ordered restitution will prove to be adequate and convenient for the defendant and the Social Security Administration at the same time satisfying the government's request in judgment." *Id.* at 2.

ORDER GRANTING MOTION TO ISSUE CONTINUING GARNISHEE ORDER - 2

However, Mr. Dyson attempts to submit a "condition" for his motion to withdraw objections, specifically that the Government agree it "will not seek any further portion(s) of the defendant's living expenses or future wages unless they exceed $2,500.00 per month at which time the defendant will agree to a review…" *Id.* at 2-3. Mr. Dyson submits this condition based on financial hardship. *Id.*

On April 6, 2017, the Government filed a "Reply" arguing that Mr. Dyson's Motion should be considered a Response to the instant Motion to Issue Continuing Garnishee Order. Dkt. #16 at 1. The Government argues that financial hardship is not a valid objection to garnishment. *Id.* at 2 (citing 28 U.S.C. § 3202(d)(1)-(2); *United States v. Lawrence*, 538 F. Supp. 2d 1188, 1194 (D.S.D. 2008); *United States v. Skeins*, No. C14-1457-JLR, 2014 WL 5324880 at *3 (W.D. Wash. Oct. 17, 2014)). The Government details other available methods to recoup the funds Mr. Dyson owes in restitution. *Id.* at 3. The Government argues Mr. Dyson offers no authority supporting his "request to strip the United States of its ability to collect via the Treasury Offset Program, the Social Security Administration's recoupment regulations, or any other legally authorized method." *Id.* at 4.

As an initial matter, the Court will consider Mr. Dyson's April 3, 2017, "Motion to Withdraw Objections" as a Response to the instant Motion to Issue Continuing Garnishee Order given the procedural background of this case. Mr. Dyson's Response was due on April 3, 2017, and Mr. Dyson's Motion effectively is a Response. Turning to the substance of the instant Motion, the Court concludes that the Government's proposed Continuing Garnishee Order should be entered as drafted without Mr. Dyson's proposed condition. Mr. Dyson fails to convince the Court that he has any legal authority for requesting his proposed condition.

IT IS THEREFORE ORDERED as follows:

ORDER GRANTING MOTION TO ISSUE CONTINUING GARNISHEE ORDER - 3

(1) The Government's Motion to Issue Continuing Garnishee Order (Dkt. #7) is GRANTED. The Garnishee, The Boeing Company, shall pay to the United States District Court for the Western District of Washington, all non-exempt property within the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, to be applied towards the Defendant/Judgment Debtor's criminal restitution judgment. Such amounts will include the non-exempt portion of Mr. Dyson's monthly Boeing Company Employee Defined Benefit Retirement Plan benefits (less federal tax withholdings paid to the Internal Revenue Service), when he becomes eligible to receive his retirement benefits from The Boeing Company;

such payments shall be applied to Defendant/Judgment Debtor Dyson's outstanding obligation, by the United States District Court for the Western District of Washington; and

the payments shall be made payable to the United States District Court, Western District of Washington, referencing Case Nos. 2:15-CR-00027-001 and 2:16-MC-00054-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

(2) Defendant Dyson's Motion to Withdraw Objections (Dkt. #15) is considered a Response and will be REMOVED from the Court's Motion Calendar.

(3) The Clerk shall send a copy of this Order to Defendant at:

> Richard Alan Dyson
> 4311 South 321st Street
> Auburn, WA 98001

ORDER GRANTING MOTION TO ISSUE CONTINUING GARNISHEE ORDER - 4

DATED this 10 day of April, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE